UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PAULINA GOMEZ-LARROQUE,

                Defendant.

23-CR-408-1 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court ordered Defendant to file her sentencing submission two weeks before the sentencing. *See* August 8, 2023 Minute Entry. The Court has not received Defendant's submission. Counsel shall submit the submission no later than January 16, 2024. The Government's response is extended to January 22, 2024.

Dated: January 12, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge